UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SOUTHEASTERN METALS
MANUFACTURING COMPANY, INC.,

    Plaintiff,

v.                                         Case No.   3:13-cv-844-J-20MCR

STAMPCO, INC.,

    Defendants.
_____/

## ORDER

Before the Court is the Parties' "Notice of Settlement" (Dkt. 44, filed Dec. 3, 2014). The Parties give notice that they have fully settled this case and are in the process of finalizing the settlement documentation.

Therefore, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. The above case is hereby **DISMISSED without prejudice**, subject to the right of any party to move the Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or, on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to **TERMINATE** all pending motions and **CLOSE** this case.



**DONE AND ORDERED** at Jacksonville, Florida, this _5_ day of December, 2014.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Dariush Keyhani, Esq.
Lorri Lomnitzer, Esq.
Christopher J. Greene, Esq.
Lindsay A. Cole, Esq.